**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| MARVIN EDWARD WARE | CIVIL ACTION NO. 09-621-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| SGT. SATTLER, ET AL. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

Before the Court is the Report and Recommendation of the Magistrate Judge (Record Document 14). The Magistrate Judge recommended that Plaintiff's civil rights complaint be dismissed with prejudice as frivolous and for failure to state a claim upon which relief may be granted. See id. at 10.

Plaintiff filed objections to the Report and Recommendation. See Record Document 16. Even considering these objections, the Court finds that the Magistrate Judge's findings are correct under the applicable law.

Plaintiff also filed a Motion to Amend Complaint. See Record Document 17. In this motion, he seeks to add additional defendants and appears to add new allegations regarding conditions of confinement relating to events that occurred after the filing of the instant civil rights complaint. Again, even considering Plaintiff's allegations/arguments relating to this case that are set forth in the Motion to Amend Complaint, the Court finds that the Magistrate Judge's findings are correct under the applicable law. Plaintiff must file a new and separate complaint for any claims presented in the Motion to Amend Complaint that arose after he filed the instant civil rights complaint.

Accordingly,

For the reasons stated in the Report and Recommendation of the Magistrate Judge

previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law and considering the objections to the Report and Recommendation in the record and the Motion to Amend;

**IT IS ORDERED** that Plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** for being frivolous and for failing to state a claim upon which relief may be granted under 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Amend Complaint (Record Document 17) be and is hereby **DENIED**. Plaintiff must file a new and separate complaint for any claims that arose after he filed the instant civil rights complaint.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, on this 14th day of August, 2009.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE